UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

YELITZA PICON, AND ON BEHALF OF
OTHERS SIMILARLY SITUATED,
                                    Plaintiff,                           *Civil Action No.*

          -against-                                                **1:18-cv-06565-ALC**

MOUNT SINAI HOSPITALS GROUP, INC AND
MOUNT SINAI HEALTH SYSTEMS, INC.,
                                    Defendants.

--------------------------------------------------------X

### NOTICE OF SETTLEMENT

          PLEASE TAKE NOTICE that Plaintiff, YELITZA PICON, ON BEHALF OF HERSELF

AND OTHERS SIMILARLY SITUATED, and Defendants, MOUNT SINAI HOSPITALS

GROUP, INC. and MOUNT SINAI HEALTH SYSTEMS, INC., hereby notify this Honorable

Court that settlement has been reached in the above-referenced case among all parties. The

documents are almost all fully executed. Accordingly, we respectfully request a 30-day order be

issued

          Dated: November 16, 2018


                              THE MARKS LAW FIRM

                              By: /s/ Bradly G. Marks__
                                    Bradly G. Marks
                                    175 Varick Street, 3rd Fl
                                    New York, NY 10014
                                    T:(646) 770-3775
                                    F: (646) 770- 2639
                                    brad@markslawpc.com