USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: __11/19/18__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

YELITZA PICON, *and on behalf of others similarly situated,*      :

      :

      :      **1:18-cv-06565 (ALC)**

      **Plaintiff,**      :

      -against-      :      **ORDER**

      :

MOUNT SINAI HOSPITALS GROUP, INC. ET AL,      :

      :

      **Defendants.**      :

-------------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:      **November 19, 2018**
                **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**

1