USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/21/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

YELITZA PICON AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

- against -

MOUNT SINAI HOSPITALS GROUP, INC AND
MOUNT SINAI HEALTH SYSTEMS, INC,

                Defendants.

------------------------------------------------------------x

Case No. 1:18 cv 6565 (ALC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: December 20, 2018

_____
Bradley Marks
**THE MARKS LAW FIRM, P.C.**
175 Varick Street, Third Floor
New York, New York 10014
Tel: (646) 770-3775
E-mail: bmarkslaw@gmail.com

*Attorneys for Plaintiff*

_____
Shira M. Blank
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: sblank@ebglaw.com

*Attorneys for Defendants*

SO ORDERED:

_____ Date: 12/21/18
Hon. Andrew L. Carter, Jr.

Firm:47570863v1